# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0775
_____

TREVOR B. SMALLS, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

October 24, 2018

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Trevor B. Smalls, Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Frank X. Moehrle Jr., Assistant Attorney General, Tallahassee, for Appellee.